### UNITED STATES *versus* THREE CASKS (BARRELS) BRANDY, CLAIMED BY LEMUEL FOBES.

JOURNAL ENTRIES: (1) Sept. 21, 1816: libel filed, proclamation ordered, time fixed for trial, notice ordered published; (2) Nov. 4, 1816: claim and answer filed, notice waived, evidence heard; (3) Nov. 6, 1816: goods ordered restored, reasonable ground of seizure certified.
PAPERS IN FILE: See *Transactions 1814–1824*, I, 343, case A-60.
*File No.* . . . .